UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 NOV -2 AM 10: 39
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROI W. BRADLEY,<br><br>Defendant. | CASE NO. 2:21-cr-207<br><br>JUDGE Marbley<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br><br>FORFEITURE<br><br>**INDICTMENT** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Felon in Possession of a Firearm)

On or about February 19, 2021, in the Southern District of Ohio, the defendant, **LEROI W. BRADLEY**, knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Lasserre S.A. Comanche II, .38 caliber revolver, bearing serial number 131623, and the firearm was in and affecting interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

<u>FORFEITURE</u>

The allegations of Count One of this Indictment are hereby incorporated by reference as if fully rewritten herein for purposes of alleging forfeitures to the United States of America, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

As a result of the offense alleged in Count One of this Indictment and upon conviction thereof, the defendant, **LEROI W. BRADLEY,** shall forfeit to the United States his interest in any property, real or person, involved in such offense, and any property traceable to such property, including but not limited to a Lasserre S.A. Comanche II, .38 caliber revolver, bearing serial number 131623, and any related ammunition.

**In violation of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**